**2002–0297. State ex rel. Ditmars v. McSweeney, 2002-Ohio-997.**

Original Action Involving Expedited Election Matter. On motion for attorney fees. Motion denied.

**2002–0504. Ward v. Wal–Mart Stores, Inc.**

Lake App. No. 2001–L–171, 2001-Ohio-4041. On review of order certifying a conflict. The court determines that a conflict exists; cause consolidated with 2002–0295, *Ward v. Wal–Mart Stores, Inc.,* Lake App. No. 2000–L–171, 2001-Ohio-4041, and causes held for the decision in 2002–0367, *Armstrong v. Best Buy Co.,* Lorain App. No. 01CA007848, 2001-Ohio-1934; briefing schedule stayed.

**2002–0534. State v. Chafin.**

Marion App. No. 9–01–63. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2002–0535. State v. Lovely.**

Scioto App. No. 00CA2721, 2001-Ohio-2440. On motion for leave to file delayed appeal. Motion denied.

**2002–0554. State v. Longworth.**

Allen App. Nos. 1–01–08 and 1–01–51, 2001-Ohio-2295. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**2002–0559. State v. Black.**

Stark App. No. 1999CA00185. On motion for leave to file delayed appeal. Motion denied.

**2002–0569. State v. McKinney.**

Clinton App. No. CA2001–04–013, 2001-Ohio-8692. On motion for leave to file delayed appeal. Motion denied.

**2002–0612. Assn. of Fire Fighters, Local 93 v. Cleveland.**

Cuyahoga App. No. 78970, 2000-Ohio-498. On motion for stay of court of appeals' judgment. Motion granted.

PFEIFER, COOK and LUNDBERG STRATTON, JJ., dissent.

**2002–0617. State v. Witschi.**

Morrow App. No. CA868. On motion for leave to file delayed appeal. Motion denied.

**2002–0652. GE Capital Mtge. Serv., Inc. v. Guyer.**

Hamilton App. No. C–010502, 2002-Ohio-1991. On motion for immediate stay of court of appeals' judgment. Motion denied.

MOYER, C.J., dissents.

RESNICK, J., not participating.

## APPEALS ACCEPTED FOR REVIEW

**2001–1774. Gearheart v. Ohio Adult Parole Auth.**

Fairfield App. No. 01CA28. Appeal allowed and cause held for the decision in 2001–1253 and 2001–1266, *Layne v. Ohio Adult Parole Auth.,* Marion App. No. 9–2001–06, 2001-Ohio-2222; briefing schedule stayed.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**2002–0230. State v. Peeler.**

Montgomery App. No. 18831, 2002-Ohio-109.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.